UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PEOPLE OF THE STATE OF NEW YORK by LETITIA :
JAMES, *Attorney General of the State of New York*, :
:
                             Plaintiff, :        21-CV-1159 (JMF)
:
      -v- :        <u>ORDER</u>
:
BEVELYN BEATTY, et al., :
:
                           Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 9, 2021, Plaintiff filed the Complaint in this action, along with a motion for a preliminary injunction. *See* ECF Nos. 1-2. The Court intends to schedule a conference promptly following service of the summons and Complaint to address how to proceed with respect to the motion. Accordingly, Plaintiff is ORDERED to confer with Defendants, and, **no later than two weeks following service**, the parties shall file a joint letter proposing several dates on which both sides could appear for a conference. At that conference, the parties should be prepared to discuss the following:

   (1) whether any hearing on the motion for a preliminary injunction should be consolidated with trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure;

   (2) whether any discovery is needed in connection with the motion and, if so, a schedule;

   (3)  whether an evidentiary hearing is necessary; and

   (4) a briefing schedule.

Plaintiff shall serve a copy of this Order on Defendants either with the summons and Complaint or, if such service has already been completed, within two business days.

      SO ORDERED.

Dated: February 11, 2021
       New York, New York                         _____
                                                        JESSE M. FURMAN
                                                  United States District Judge